UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:15-cv-236-FDW
(1:05-CR-253-FDW-DLH-1)
(3:06-cr-152-FDW-1)

| | | |
|---|---|---|
| KHARI ATIBA MERRITT, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |

UPON MOTION of the United States, (Doc. No. 5), to hold this action in abeyance until the Supreme Court decides Welch v. United States, No. 15-6418,

IT IS HEREBY ORDERED that the Motion to Stay, (Doc. No. 5), is **GRANTED**. The United States shall file its response to Petitioner's motion to vacate within 45 days of the Supreme Court's decision in Welch v. United States, No. 15-6418.

Signed: February 26, 2016

Frank D. Whitney
Chief United States District Judge