UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:15-cv-236-FDW
(1:05-CR-253-FDW-DLH-1)
(3:06-cr- 152-FDW-1)

| KHARI ATIBA MERRITT, | ) | |
|---|---|---|
| | ) | |
| Petitioner, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |

This matter is before the Court on a motion of the United States, (Doc. No. 7), to hold this action in abeyance until the Office of the Solicitor General of the United States makes a decision about whether to seek further review of the Fourth Circuit's decision in <u>United States v. Gardner</u>, No. 14-4533, 2016 WL 2893881 (4th Cir. May 18, 2016).

This Court notes that this matter is currently already stayed, pursuant to a prior Order by this Court. (Doc. No. 6). The Court will allow the stay to continue. To this extent, the Motion to Stay, (Doc. No. 7), is **GRANTED**. The United States shall file a status update with this Court within seven days after the issuance of the Fourth Circuit's mandate in <u>Gardner</u>.

*[signature]*
Frank D. Whitney
Chief United States District Judge