# United States District Court
## Western District of North Carolina
### Asheville Division

| | | |
|---|---|---|
| **Khari Atiba Merritt,** | ) | JUDGMENT IN CASE |
| | ) | |
| Petitioner, | ) | 1:15-cv-00236-FDW |
| | ) | (1:05-cr-00253-FDW-DLH) |
| vs. | ) | (3:06-cr-00152-FDW) |
| | ) | |
| **USA,** | ) | |
| Respondent. | ) | |

DECISION BY COURT. This action having come before the Court by motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's Order dated May 17, 2018.

May 18, 2018

*Frank G. John*

Frank G. Johns, Clerk
United States District Court